# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVEION JOHNSON, #82138 | )<br>)<br>) |
| Plaintiff, | ) 3:12-cv-00538-MMD-WGC |
| vs. | )<br>) |
| A. NGUYEN, *et al.*, | ) **ORDER**<br>) |
| Defendants. | ) |

Plaintiff has submitted a *pro se* civil rights complaint. A decision on his application to proceed *in forma pauperis* is deferred at this time. Plaintiff has also submitted a motion for leave to file an amended complaint (ECF #1-3). Plaintiff's motion is granted. Plaintiff shall file his amended complaint, if any, within thirty (30) days of the date of this order. If plaintiff chooses not to file an amended complaint, this court shall review his original complaint.

**IT IS THEREFORE ORDERED** that the Clerk **SHALL DETACH and FILE** plaintiff's motion for leave to file an amended complaint (ECF #1-3).

**IT IS FURTHER ORDERED** that plaintiff's motion for leave to file an amended complaint (ECF #1-3) is **GRANTED**. Plaintiff shall file his amended complaint, if any, within **thirty**

**(30) days** of the date of this order. If plaintiff chooses not to file an amended complaint, this court shall review his original complaint.

DATED this 6th day of November, 2012.

_____
UNITED STATES MAGISTRATE JUDGE