UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| LAUSTEVEION JOHNSON, | ) | 3:12-cv-00538-MMD-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | July 19, 2013 |
| A. NGUYEN, et al., | ) | |
| Defendants | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is the Plaintiff's Motion for Status Check on Preliminary Injunction. (Doc. # 20.) Plaintiff is advised his motion for injunction (Doc. # 14) has been received and will be considered in due course. Plaintiff should be aware almost every inmate civil rights case has a motion for injunction of some kind and each has to be addressed by the court, which is a time consuming and complicated process.

If the Early Inmate Mediation Conference currently on calendar for July 30, 2013, does not result in a settlement of this matter, the court will calendar a status conference in this matter as soon as the court's calendar will accommodate it.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
Deputy Clerk