UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>A. NGUYEN, et. al.,<br><br>　　　　　　　　　　　　Defendants. | 3:12-cv-00538-MMD-WGC<br><br>**ORDER** |

　　　The court has set a hearing on Plaintiff's Motion for Preliminary Injunction (Doc. # 41) for Monday, July 28, 2014, at 10:30 a.m. The court has allowed Defendants to file a declaration from Plaintiff's treating provider(s) to address the contentions raised in Plaintiff's motion on or before July 23, 2014. (*See* Doc. # 52.) In addition, the court further orders that defendant Dr. Koehn be present telephonically for the July 28, 2014 hearing, and that he be prepared to address the contentions of Plaintiff's motion. Defendants shall contact the courtroom administrator, Katie Ogden, for information on appearing telephonically.

　　　Should Dr. Koehn be unavailable at the designated time for the hearing, Defendants' counsel are directed to contact the courtroom administrator as soon as possible.

**IT IS SO ORDERED**.

July 21, 2014.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　WILLIAM G. COBB
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE