UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>A. NUGYEN, et. al.,<br><br>　　　　　　　　　　　Defendants. | 3:12-cv-00538-MMD-WGC<br><br>**ORDER** |

Before the court is Plaintiff's motion requesting that the court consider his September 12, 2014 medical records in connection with his motion for preliminary injunction. (Doc. # 81.)[1] Defendants have filed a response. (Doc. # 85.)

Defendants do not oppose Plaintiff's request, and concurrently sought leave to file the September 12, 2014 medical records under seal. (Doc. # 84.)

Accordingly, Plaintiff's motion (Doc. # 81) is **GRANTED**, and the court will consider the September 12, 2014 medical records in connection with its analysis of Plaintiff's motion for preliminary injunction.

**IT IS SO ORDERED**.

DATED: November 14, 2014.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　WILLIAM G. COBB
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Refers to court's docket number.