UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| LAUSTEVEION JOHNSON, | ) | 3:12-cv-00538-MMD-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | August 20, 2015 |
| A. NGUYEN, et al., | ) | |
| Defendants | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KATIE LYNN OGDEN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Defendants' Motion to Stay the Summary Judgment Briefing Deadline. (Doc. # 112.)  Because of the pendency of Plaintiff's Motion for Leave to File and Amended Complaint (Doc. # 107), the court finds good cause to grant the Defendants' motion.

Therefore the deadline for filing dispositive motions is **STAYED** until further order of the court.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:    /s/
      Deputy Clerk