## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| LAUSTEVEION JOHNSON, | ) | 3:12-cv-00538-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | November 1, 2016 |
| A. NGUYEN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the Court is Plaintiff's Motion for Scheduling Order and Trial Date (ECF No. 155). Defendants have opposed the motion (ECF No. 159).

Plaintiff requests that the Court issue a Scheduling Order setting a trial date. In the Court's Order of October 12, 2016 (ECF No. 153), the Court ordered the parties to prepare and file their Joint Pretrial Order on or before November 12, 2016. The parties will proffer available trial dates when the Joint Pretrial Order is filed.

Therefore, Plaintiff's Motion for Scheduling Order and Trial Date (ECF No. 155) is **DENIED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
      Deputy Clerk