UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| LAUSTEVEION JOHNSON, | ) | 3:12-cv-00538-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | November 1, 2016 |
| A. NGUYEN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the Court is Plaintiff's Motion to Reopen Limited Discovery (ECF No. 154). Defendants have opposed the motion (ECF No. 160).

Plaintiff requests "an order allowing him to reopen limited discovery on Defendant Renee Baker, for preparation for trial". (ECF No. 154). Plaintiff's motion fails to state what limited discovery is requested and for what purpose the discovery is needed.  Additionally, the Court notes that discovery closed over a year ago (July 21, 2015).

Plaintiff's Motion to Reopen Limited Discovery (ECF No. 154) is **DENIED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:        /s/
        Deputy Clerk