UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVEION JOHNSON, | 3:12-cv-00538-MMD-WGC |
| Plaintiff, | **MINUTES OF PROCEEDINGS** |
| vs. | December 5, 2016 |
| A. NGUYEN, *et al.,* | |
| Defendants. | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>   Katie Lynn Ogden   </u>    REPORTER:  <u>           FTR           </u>

COUNSEL FOR PLAINTIFF:  <u> Lausteveion Johnson (Present)                      </u>

COUNSEL FOR DEFENDANTS:  <u> Heather Zana (Present)                            </u>

**MINUTES OF PROCEEDINGS: Motions Hearing**

2:07 p.m.  Court convenes.

The court holds today's conference to address several motions filed by Plaintiff in the instant matter and one motion filed in a separate case (Case No. 3:14-cv-00122-MMD-WGC - *Johnson v. Ely State Prison, et al*).

The motions to be addressed during today's conference with regard to the instant case are: Plaintiff's *Motion for Limited Discovery* (ECF No. 156); Plaintiff's *Writ of Habeas Corpus Ad Testificandum* (ECF No. 157); Plaintiff's *Motion for Appointment of Counsel* (ECF No. 161) and Plaintiff's *Motion to Reopen Discovery* (ECF No. 165).  The motion filed in the separate case is Plaintiff's *Motion for Writ of Habeas Corpus Ad Testificandum* (ECF No. 103).

Before the court and parties address the motions, DAG Zana advises the court that the Defendants and Mr. Johnson have reached an agreement to settle the following cases:

1.)  Case No. 3:12-cv-538-MMD-WGC - *Johnson v. Nguyen, et al*;

2.)  Case No. 3:14-cv-122-MMD-WGC - *Johnson v. Ely State Prison, et al*; and

1

Minutes of Proceedings
3:12-cv-00538-MMD-WGC
December 5, 2016

      3.)  Case No. 3:14-cv-303-MMD-VPC - *Johnson v. Moore, et al.*

      DAG Zana further indicates that the member case (Case No. 3:14-cv-00213-MMD-WGC - *Johnson v. Cox, et al*), which was consolidated into the lead case *Johnson v. Nguyen, et al.*, is included as part of the settlement agreement reached between the parties.

      Mr. Johnson confirms the parties have reached a settlement in the three stated cases.

      In view of the settlement agreement reached between all Defendants and Mr. Johnson, Plaintiff's motions identified above are **DENIED as moot**.

      The court is further advised that trial will proceed in Case No. 3:14-cv-00178-RCJ-VPC - *Johnson v. Young, et al* on Monday, December 12, 2016.

      DAG Zana agrees to submit the appropriate documents to dismiss the cases within seven (7) to ten (10) days.

      There being no additional matter to address at this time, court adjourns at 2:12 p.m.

      LANCE S. WILSON, CLERK

      By: _____/s/_____
      Katie Lynn Ogden, Deputy Clerk